■ NIKOLA R. PAUNOVSKI et al., Respondents, v BLACK RIVER HOUSING COUNCIL, INC., Appellant. [695 NYS2d 852] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted plaintiffs' motion for partial summary judgment on liability pursuant to Labor Law § 240 (1). Nikola R. Paunovski (plaintiff) was injured while working at an elevated height on an A-frame stepladder to remove piping. His co-workers were on stepladders on either side of him to steady and lower the pipe as he cut it into lengths of six to

seven feet. The pipe, which was not secured by the co-workers, fell on plaintiff or his stepladder, causing him to fall to the floor. Although the stepladder was not defective, plaintiff was not protected from the risk of a falling pipe by the use of scaffolding, which would have prevented his fall (*see, Felker v Corning Inc.,* 90 NY2d 219, 224). (Appeal from Order of Supreme Court, Onondaga County, Elliott, J.—Summary Judgment.) Present—Denman, P. J., Green, Hayes, Pigott, Jr., and Scudder, JJ.